IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DAVID BRANDT                                                                                                  PLAINTIFF

v.                                           Case No. 2:11-CV-02152

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                                      DEFENDANT

## J U D G M E N T

Currently before the Court is the Report and Recommendation (Doc. 11) dated June 15, 2012, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. The objection period has passed without objections being filed by either party. The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation; reverses the decision of the Administrative Law Judge; and remands this case to the Commissioner for further development of the record.

If Plaintiff wishes to request an award of attorney's fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412, an application may be filed up until 30 days after the judgment becomes "not appealable" i.e., 30 days after the 60-day time for appeal has ended. *See Shalala v. Schaefer,* 509 U.S. 292, 296 (1993); 28 U.S.C. §§2412(d)(1)(B),(d)(2)(G).

IT IS SO ORDERED this 16th day of July, 2012.

*s/P. K. Holmes,* III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE